COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of T.S. and E.S.S., Children

Appellate case number:    01-22-00054-CV

Trial court case number:    2020-02393J

Trial court:     313th District Court of Harris County

Appellee, the Texas Department of Family and Protective Services (the "Department"), has filed an unopposed motion to extend the deadline to file its appellee's brief in this appeal from the trial court's January 6, 2022 "Decree for Termination," terminating the parental rights of appellant father, B.L.S. and appellant mother, R.S.S. Father filed his appellant's brief on March 7, 2022, making the Department's brief initially due to be filed on or before March 28, 2022. *See* TEX. R. APP. P. 38.6(b).

On March 28, 2022, the Department filed its motion to extend the deadline, requesting that the deadline for filing its appellee's brief be extended to April 1, 2022. In the motion, counsel for the Department states that the extension is necessary because counsel for the Department "had some medical issues the weeks of March 14 and 21, 2022 and is just now recovering." The Department's motion further states that appellant father is unopposed to the relief requested. *See* TEX. R. APP. P. 10.3(a)(1), (2).

Accordingly, the Department's motion is **granted**. **The appellee's brief of the Department is due to be filed on or before April 1, 2022**. Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of January 25, 2022, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. **Accordingly, no further extensions of time will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: ___/s/ April Farris_____
☑ Acting individually ☐ Acting for the Court

Date: ___March 29, 2022____